IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
VERNER CHARLES JOHNS )
SHARON KAY JOHNS )
)
)
Debtors ) CH 13 Case No. 05-41025
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

> VERNER CHARLES JOHNS
> SHARON KAY JOHNS
> 33092 Charlton Street
> Lisbon, OH 44432
>
> $257.30
>
> **TOTAL:** $257.30

2. A check in the amount of $262.30, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this 22nd day of February, 2011.

_____
MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
VERNER CHARLES JOHNS )
SHARON KAY JOHNS )
)
)
Debtors ) CH 13 Case No. 05-41025
)
)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this _22nd_ day of February, 2011, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Jennifer Buchmann*
Jennifer Buchmann - Assistant

Trustee:67  TR-009A

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

CREDITOR: 523237                                    Page 1 OF 1

VOUCHER FOR CHECK: 855557
DATED: 2011/01/28

| NAME OF CREDITOR | CASE | CLM # | CLS | REF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | INTEREST | PAID TO DATE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0541025 | 926 | 6 | 31 | JOHNS, VERNER CHARLES; JOHNS, SHARON KAY | UNCLAIMED FUNDS | 257.30 | 0.00 | 257.30 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640930 | 926 | 6 | 30 | DECAPITA, RICHARD CHARLES | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |

| #ITEMS | PRINCIPAL | INTEREST | PRINC + INT |
|---|---|---|---|
| 2 | 262.30 | 0.00 | 262.30 |

CURRENT CHECK